# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: William McLennan and Marie McLennan | CHAPTER 13 |
| Debtor(s) | BKY. NO. 12-10819 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC., CHL MORTGAGE PASS-THROUGH TRUST 2005-20, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-20, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7659

    Respectfully submitted,

    **/s/Thomas Puleo, Esquire**
    Thomas Puleo, Esquire
    Brian C. Nicholas, Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 825-6306  FAX (215) 825-6406