United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-10819-elf
William McLennan                                                          Chapter 13
Marie McLennan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Stacey              Page 1 of 2          Date Rcvd: Apr 17, 2017
                             Form ID: 138NEW           Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2017.
```
db/jdb         William McLennan,   Marie McLennan,    111 Avenel Boulevard,    North Wales, PA 19454
cr            +BANK OF AMERICA, N.A.,    3523 S LANCASTER RD,    Dallas, TX 75216-5626
12659941       BANK OF AMERICA,    POB 15019,    WILMINGTON, DE 19850-5019
12723481     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
               Wilmington, DE 19886-5102)
12659942       BANK OF AMERICA,    POB 5170,    Simi Valley, CA 93062-5170
12659946      +CITIBANK,    POB 6500,   SIOUX FALLS, SD 57117-6500
12659945     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: CITI CARDS,    POB 183051,    COLUMBUS, OH 43218-3051)
12659947      +CREDIT FIRST NA/FIRESTONE,    POB 81315,    CLEVELAND, OH 44181-0315
12764717      +Credit First National Association,    Po Box 818011,    Cleveland, OH 44181-8011
12728497       Great Lakes Educational Loan Services,    Claims Filing Unit,    PO Box 8973,
               Madison, WI 53708-8973
12659950       NORTHSTATR LOCATION SERVICES, LLC,    ATTN: FINANCIAL SERVICES DEPT.,    4285 GENESEE ST.,
               CHEEKTOWAGA, NY 14225-1943
13286304       Residential Credit Solutions,    PO Box 163229,    Fort Worth, TX 76161-3229
12659951       SEARS CREDIT CARDS,    POB 183082,    COLUMBUS, OH 43218-3082
12659954       TIRES PLUS,    CREDIT FIRST, N.A.,    PO BOX 81344,    CLEVELAND, OH 44188-0344
12827010      +The Bank of New York Mellon,    Bank of America, N.A.,    S/B/M to BAC Home Loans Servicing, L.P.,
               7105 Corporate Drive,    Plano, TX 75024-4100
12678982       Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
12659955      +U.S.Dept of Education Direct Loans,    2401 INTERNATIONAL LANE,    MADISON, WI 53704-3121
12659956      +US DEPT OF EDUCATION,    2401 INTERNATIONAL LANE,    MADISON, WI 53704-3121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           +E-mail/Text: bncmail@w-legal.com Apr 18 2017 01:21:08     RICHARD S. RALSTON,
               Weinstein & Riley P. S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
smg            E-mail/Text: bankruptcy@phila.gov Apr 18 2017 01:21:24     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 18 2017 01:20:52
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 18 2017 01:21:18     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Apr 18 2017 01:16:59     GE Capital Retail Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
12886327      +E-mail/Text: bncmail@w-legal.com Apr 18 2017 01:21:17     Azurea I, LLC,
               c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
12683885      +E-mail/Text: bncmail@w-legal.com Apr 18 2017 01:21:09     BACK BOWL I LLC, SERIES C,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12659943      +E-mail/Text: bankruptcycollections@citadelbanking.com Apr 18 2017 01:21:35     CITADEL,
               520 EAGLEVIEW BLVD.,    EXTON, PA 19341-1119
12659944      +E-mail/Text: bankruptcycollections@citadelbanking.com Apr 18 2017 01:21:35
               CITADEL FEDERAL CREDIT UNION,    PO BOX 147,    Thorndale, PA 19372-0147
12676396      +E-mail/Text: bankruptcycollections@citadelbanking.com Apr 18 2017 01:21:35
               Citadel Federal Credit Union,    520 Eagleview Blvd.,    Exton, PA 19341-1119
12659948       E-mail/Text: mrdiscen@discover.com Apr 18 2017 01:20:36     DISCOVER,    POB 71084,
               CHARLOTTE, NC 28272-1084
12718978       E-mail/Text: mrdiscen@discover.com Apr 18 2017 01:20:36     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
12707102       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 18 2017 01:16:42
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank, NA,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12764543       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 18 2017 01:23:37
               Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
12671263       E-mail/PDF: rmscedi@recoverycorp.com Apr 18 2017 01:16:52
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
12659952       E-mail/Text: bankruptcy@td.com Apr 18 2017 01:21:04     TD BANK N.A.,    POB 9547,
               PORTLAND, ME 04112-9547
12826324       E-mail/Text: bankruptcy@td.com Apr 18 2017 01:21:04     TD Bank N.A.,    Attn: Robin Paradis,
               P.O. Box 9547,    Portland, ME 04112-9547
12659953      +E-mail/Text: bankruptcy@td.com Apr 18 2017 01:21:04     TD Bank, N.A.,    1701 Rt. 70 East,
               Cherry Hill, NJ 08003-2335
                                                                                               TOTAL: 18
```

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Apr 17, 2017
                              Form ID: 138NEW           Total Noticed: 36

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12659949         MANAGEMENT SERVICES INC.
cr*             +Azurea I, LLC,   c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                  Seattle, WA 98121-3132
cr*              RESIDENTIAL CREDIT SOLUTIONS,   P.O. Box 163229,   Fort Worth, TX   76161-3229
                                                                                               TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2017 at the address(es) listed below:
```
              CHRISTOPHER A. DENARDO    on behalf of Creditor    Residential Credit Solutions, Inc., et al
               pabk@logs.com
              D. TROY SELLARS    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2005-20
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-20 D.Troy.Sellars@usdoj.gov
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon, et al...
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2005-20
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-20 paeb@fedphe.com
              MICHAEL P. KUTZER    on behalf of Plaintiff Marie   McLennan mpkutzer1@gmail.com
              MICHAEL P. KUTZER    on behalf of Plaintiff William   McLennan mpkutzer1@gmail.com
              MICHAEL P. KUTZER    on behalf of Joint Debtor Marie   McLennan mpkutzer1@gmail.com
              MICHAEL P. KUTZER    on behalf of Debtor William   McLennan mpkutzer1@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2005-20
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-20 tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                               TOTAL: 11
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: William McLennan and Marie McLennan

        Debtor(s)                        Bankruptcy No: 12−10819−elf

                                     Chapter: 13

_____

### *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

                                                For The Court

                                                Timothy B. McGrath
                                                Clerk of Court

Dated: 4/17/17

                                                                                    74 − 73
                                                                         Form 138_new