United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 12-10819-elf
William McLennan                                                      Chapter 13
Marie McLennan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: May 26, 2017
                              Form ID: 195              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2017.
db/jdb          William McLennan,   Marie McLennan,   111 Avenel Boulevard,   North Wales, PA  19454

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2017 at the address(es) listed below:
              CHRISTOPHER A. DENARDO    on behalf of Creditor   Residential Credit Solutions, Inc., et al
               pabk@logs.com
              D. TROY SELLARS    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2005-20
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-20 D.Troy.Sellars@usdoj.gov
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon, et al...
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2005-20
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-20 paeb@fedphe.com
              MICHAEL P. KUTZER    on behalf of Joint Debtor Marie   McLennan mpkutzer1@gmail.com
              MICHAEL P. KUTZER    on behalf of Debtor William   McLennan mpkutzer1@gmail.com
              MICHAEL P. KUTZER    on behalf of Plaintiff Marie   McLennan mpkutzer1@gmail.com
              MICHAEL P. KUTZER    on behalf of Plaintiff William   McLennan mpkutzer1@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2005-20
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-20 tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

William McLennan and Marie McLennan  : Case No. 12−10819−elf
    Debtor(s)

### ORDER
_____

AND NOW, this day , May 26, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

77
Form 195