United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 12-10819-elf
William McLennan                                                       Chapter 13
Marie McLennan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: admin              Page 1 of 2             Date Rcvd: May 26, 2017
                               Form ID: 3180W           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2017.
db/jdb         William McLennan,   Marie McLennan,   111 Avenel Boulevard,   North Wales, PA  19454
12728497       Great Lakes Educational Loan Services,   Claims Filing Unit,   PO Box 8973,
                Madison, WI 53708-8973
13286304       Residential Credit Solutions,   PO Box 163229,   Fort Worth, TX 76161-3229

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov May 27 2017 01:13:22     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 27 2017 01:12:26
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 27 2017 01:12:53     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
12886327      +EDI: OPHSUBSID.COM May 27 2017 01:03:00     Azurea I, LLC,   c/o Weinstein & Riley, P.S.,
                2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
12683885      +EDI: OPHSUBSID.COM May 27 2017 01:03:00     BACK BOWL I LLC, SERIES C,
                C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
12676396      +E-mail/Text: bankruptcycollections@citadelbanking.com May 27 2017 01:13:28
                Citadel Federal Credit Union,   520 Eagleview Blvd.,   Exton, PA 19341-1119
12764717      +EDI: CRFRSTNA.COM May 27 2017 01:03:00     Credit First National Association,   Po Box 818011,
                Cleveland, OH 44181-8011
12718978       EDI: DISCOVER.COM May 27 2017 01:03:00     Discover Bank,   DB Servicing Corporation,
                PO Box 3025,   New Albany, OH  43054-3025
12707102       EDI: RESURGENT.COM May 27 2017 01:03:00     LVNV Funding LLC its successors and assigns as,
                assignee of Citibank, NA,   Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
12764543       EDI: PRA.COM May 27 2017 01:03:00     Portfolio Recovery Associates, LLC,   PO Box 41067,
                Norfolk VA 23541
12826324       EDI: TDBANKNORTH.COM May 27 2017 01:03:00     TD Bank N.A.,   Attn: Robin Paradis,
                P.O. Box 9547,   Portland, ME 04112-9547
12678982       EDI: TFSR.COM May 27 2017 01:03:00     Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,
                Cedar Rapids, Iowa 52408-8026
                                                                                               TOTAL: 12

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2017 at the address(es) listed below:
              CHRISTOPHER A. DENARDO    on behalf of Creditor   Residential Credit Solutions, Inc., et al
               pabk@logs.com
              D. TROY SELLARS    on behalf of Creditor   THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2005-20
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-20 D.Troy.Sellars@usdoj.gov
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   The Bank of New York Mellon, et al...
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor   THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2005-20
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-20 paeb@fedphe.com
              MICHAEL P. KUTZER    on behalf of Plaintiff Marie  McLennan mpkutzer1@gmail.com

```
District/off: 0313-2          User: admin              Page 2 of 2                  Date Rcvd: May 26, 2017
                              Form ID: 3180W           Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         MICHAEL P. KUTZER     on behalf of Plaintiff William   McLennan mpkutzer1@gmail.com
         MICHAEL P. KUTZER     on behalf of Joint Debtor Marie   McLennan mpkutzer1@gmail.com
         MICHAEL P. KUTZER     on behalf of Debtor William   McLennan mpkutzer1@gmail.com
         THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
         AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2005-20
         MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-20 tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **William McLennan** | Social Security number or ITIN  **xxx–xx–8889** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Marie McLennan** | Social Security number or ITIN  **xxx–xx–8418** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **12–10819–elf** | | |

# Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William McLennan                                        Marie McLennan

5/25/17                                                **By the court:**   Eric L. Frank
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**