United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 12-10819-elf
William McLennan                                                Chapter 13
Marie McLennan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2             Date Rcvd: Apr 16, 2020
                              Form ID: pdf900           Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2020.
db/jdb         William McLennan,    Marie McLennan,    111 Avenel Boulevard,    North Wales, PA  19454
cr            +BANK OF AMERICA, N.A.,    3523 S LANCASTER RD,    Dallas, TX 75216-5626

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: bncmail@w-legal.com Apr 17 2020 05:00:24      RICHARD S. RALSTON,
                Weinstein & Riley P. S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
smg            E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:00:58      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2020 05:00:05
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 17 2020 05:00:37      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/Text: bncmail@w-legal.com Apr 17 2020 05:00:35      Azurea I, LLC,
                c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
cr             E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2020 05:04:43      GE Capital Retail Bank,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                Miami, FL  33131-1605
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             ##RESIDENTIAL CREDIT SOLUTIONS,    P.O. Box 163229,   Fort Worth, TX  76161-3229
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2020 at the address(es) listed below:
              CHRISTOPHER A. DENARDO    on behalf of Creditor    Residential Credit Solutions, Inc., et al
               pabk@logs.com
              D. TROY SELLARS    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2005-20
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-20 D.Troy.Sellars@usdoj.gov
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    The Bank of New York Mellon, et al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2005-20
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-20 paeb@fedphe.com
              MARTIN A. MOONEY    on behalf of Creditor    TD Bank N.A. lgadomski@schillerknapp.com,
               kcollins@schillerknapp.com
              MICHAEL P. KUTZER    on behalf of Plaintiff Marie   McLennan mpkutzer1@gmail.com
              MICHAEL P. KUTZER    on behalf of Plaintiff William   McLennan mpkutzer1@gmail.com
              MICHAEL P. KUTZER    on behalf of Joint Debtor Marie   McLennan mpkutzer1@gmail.com
              MICHAEL P. KUTZER    on behalf of Debtor William   McLennan mpkutzer1@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWMBS, INC. CHL MORTGAGE PASS-THROUGH TRUST 2005-20
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-20 tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com

```
District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Apr 16, 2020
                              Form ID: pdf900           Total Noticed: 8
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                    TOTAL: 12

Case 12-10819-elf    Doc 82    Filed 04/18/20    Entered 04/19/20 00:44:52    Desc Imaged
Certificate of Notice    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

WILLIAM MCLENNAN

MARIE MCLENNAN,

Debtors.

Chapter 13

Bankruptcy No. 12-10819-elf

**O R D E R**

WHEREAS, a Motion was brought before the Court by TD Bank (hereinafter "Movant") requesting an Order to restrict public access to certain documents filed by Movant and to permit the filing of redacted documents, pursuant to Bankruptcy Rule 9037, upon the grounds that said documents contain information or personally identifiable information protected from disclosure; and due deliberation having been had thereon, it is hereby

ORDERED, that the Clerk's Office is to restrict public access to the Proof of Claim listed as Claim Number 12-1 filed on August 6, 2012 in the Court's electronic case file system (ECF System) and make any necessary notations on the Court's docket, and it is further

ORDERED, that Movant is directed to file with the Court a redacted version of said document on or before April 29, 2020, if such redacted document has not been filed prior to entry of this Order.

Dated: 4/15/20

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**